IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             February 1, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 07-cv-01882-RPM

| | |
|---|---|
| DESIREE EREMONDI, | Mathew S. Martin |
| PATTY JOHNSON, | |
| JAMES KLODZINSKI, | |
| PATRICIA MCCLELLAND, | |
| JOANNE MCKINNEY, | |
| LAURA TILLEY and | |
| JANE WILEY, | |

    Plaintiffs,

v.

| | |
|---|---|
| PUEBLO CITY-COUNTY LIBRARY DISTRICT, | William A. Rogers, III |
| JON WALKER, | Andrew Peterson |
| NICHOLAS GRADISAR, | Todd Drake |
| JOYCE VIGIL, SEAN TAPIA, | |
| FRANCES TERRAZAS-ALEXANDER and | |
| DAWN S. KRUGER d/b/a Peak Surveys, | |

    Defendants.

_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**2:03 p.m.    Court in session.**

Plaintiffs Laura Wiley and James Klodzinski and defendant Jon Walker present.

Court's preliminary remarks and its summary of issue before it.

2:06 p.m.    Argument by Mr. Rogers [45] [20].

**ORDERED:    Motion to Strike Various Exhibits Attached to Plaintiffs' Response Briefs, filed December 19, 2007 [45], is granted with respect to the affidavits.**

2:11 p.m.    Argument by Mr. Peterson [21].

February 1, 2008
07-cv-01882-RPM

2:14 p.m.      Argument by Mr. Martin.

**ORDERED:   Plaintiffs' second claim of Conspiracy to Deny First Amendment Rights is dismissed.**

2:26 p.m.      Argument by Mr. Drake [23].

Pueblo City-County Library District's Motion to Dismiss, filed October 26, 2007 [20],

**ORDERED:   Motion to Dismiss Defendants Joyce Vigil, Sean Tapia and Frances Terrazas-Alexander, filed October 26, 2007 [21], is denied.**

**ORDERED:   Defendant Jon Walker's Partial Motion to Dismiss, filed October 26, 2007 [22], is denied.**

**ORDERED:   Defendant Nicholas Gradisar's Motion to Dismiss, filed October 26, 2007 [23], is denied.**

**ORDERED:   Scheduling Conference set for March 28, 2008 at 10:00 a.m.**

Court states qualified immunity defense raised by Mr. Rogers is premature.

**2:29 p.m.      Court in recess.**

Hearing concluded. Total time: 26 min.