IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01882-RPM

DESIREE EREMONDI,
PATTY JOHNSON,
JAMES KLODZINSKI,
PATRICIA MCCLELLAND,
JOANNE MCKINNEY,
LAURA TILLEY and
JANE WILEY,

      Plaintiffs,

v.

PUEBLO CITY-COUNTY LIBRARY DISTRICT,
JON WALKER,
NICHOLAS GRADISAR,
JOYCE VIGIL, SEAN TAPIA,
FRANCES TERRAZAS-ALEXANDER and
DAWN S. KRUGER d/b/a Peak Surveys,

      Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to the motions hearing on February 1, 2008, it is

ORDERED that a scheduling conference will be held on **March 28, 2008, at 10:00**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)

and use the format provided with those instructions (Rev. 1/08). The proposed order

(original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 20, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: February 4th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge