IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01882-RPM

DESIREE EREMONDI,
PATTY JOHNSON,
JAMES KLODZINSKI,
PATRICIA MCCLELLAND,
JOANNE MCKINNEY,
LAURA TILLEY and
JANE WILEY,

    Plaintiffs,

v.

PUEBLO CITY-COUNTY LIBRARY DISTRICT,
JON WALKER,
NICHOLAS GRADISAR,
JOYCE VIGIL, SEAN TAPIA,
FRANCES TERRAZAS-ALEXANDER and
DAWN S. KRUGER d/b/a Peak Surveys,

    Defendants.

---

## ORDER OF DISMISSAL AS TO DEFENDANT DAWN S. KRUGER

---

Pursuant to the Stipulated Motion to Dismiss Dawn S. Kruger Only with Prejudice [61] filed today, it is

ORDERED that defendant Dawn S. Kruger, d/b/a Peak Surveys is dismissed with prejudice, each party to bear their own costs and fees.

DATED: February 5th, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge