IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 1, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

___

Civil Action No. 07-cv-01882-RPM

| | |
|---|---|
| DESIREE EREMONDI,<br>PATTY JOHNSON,<br>JAMES KLODZINSKI,<br>PATRICIA MCCLELLAND,<br>JOANNE MCKINNEY,<br>LAURA TILLEY and<br>JANE WILEY,<br>     Plaintiffs,<br>v.<br>PUEBLO CITY-COUNTY LIBRARY DISTRICT,<br>JON WALKER,<br>NICHOLAS GRADISAR,<br>JOYCE VIGIL, SEAN TAPIA,<br>FRANCES TERRAZAS-ALEXANDER and<br>DAWN S. KRUGER d/b/a Peak Surveys,<br>     Defendants. | Mathew S. Martin<br><br><br><br><br><br><br><br><br><br>William A. Rogers, III<br>Andrew Peterson<br>Todd Drake |

___

### AMENDED COURTROOM MINUTES
___

**Motions Hearing**

**2:03 p.m.    Court in session.**

Plaintiffs Laura Wiley and James Klodzinski and defendant Jon Walker present.

Court's preliminary remarks and its summary of issue before it.

2:06 p.m.    Argument by Mr. Rogers [45] [20].

**ORDERED:    Motion to Strike Various Exhibits Attached to Plaintiffs' Response Briefs, filed December 19, 2007 [45], is granted with respect to the affidavits.**

2:11 p.m.    Argument by Mr. Peterson [21].

February 1, 2008
07-cv-01882-RPM

2:14 p.m.     Argument by Mr. Martin.

**ORDERED:     Plaintiffs' second claim of Conspiracy to Deny First Amendment Rights is dismissed.**

2:26 p.m.     Argument by Mr. Drake [23].

**ORDERED:     Pueblo City-County Library District's Motion to Dismiss, filed October 26, 2007 [20], denied.**

**ORDERED:     Motion to Dismiss Defendants Joyce Vigil, Sean Tapia and Frances Terrazas-Alexander, filed October 26, 2007 [21], is denied.**

**ORDERED:     Defendant Jon Walker's Partial Motion to Dismiss, filed October 26, 2007 [22], is denied.**

**ORDERED:     Defendant Nicholas Gradisar's Motion to Dismiss, filed October 26, 2007 [23], is denied.**

**ORDERED:     Scheduling Conference set for March 28, 2008 at 10:00 a.m.**

Court states qualified immunity defense raised by Mr. Rogers is premature.

**2:29 p.m.     Court in recess.**

Hearing concluded. Total time: 26 min.