IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01882-RPM

DESIREE EREMONDI,
PATTY JOHNSON,
JAMES KLODZINSKI,
PATRICIA MCCLELLAND,
JOANNA MCKINNEY,
LAURA TILLEY and
JANE WILEY,

    Plaintiffs,
v.

PUEBLO CITY-COUNTY LIBRARY DISTRICT,
JON WALKER,
NICHOLAS GRADISAR,
JOYCE VIGIL,
SEAN TAPIA, and
FRANCES TERRAZAS-ALEXANDER,

    Defendants.

---

ORDER DISMISSISNG JOANNA MCKINNEY WITH PREJUDICE AND GRANTING HER MOTIONS FOR PROTECTIVE ORDERS

---

On July 3, 2008, the plantiff Joanna McKinney, by counsel, filed a motion to dismiss her as a plaintiff in this case, based on a doctor's recommendation. This plaintiff also filed motions for protective order regarding defendants' discovery requests and regarding her deposition. It is now

ORDERED that the motion to dismiss is granted and the plaintiff Joanna McKinney is dismissed from this civil action, with prejudice, and it is

FURTHER ORDERED that her motions for protective order filed July 3, 2008, and July 15, 2008, are granted.

DATED: July 16th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge