IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01882-RPM

DESIREE EREMONDI,
PATTY JOHNSON,
JAMES KLODZINSKI,
PATRICIA MCCLELLAND,
LAURA TILLEY and
JANE WILEY,

    Plaintiffs,

v.

PUEBLO CITY-COUNTY LIBRARY DISTRICT,
JON WALKER,
NICHOLAS GRADISAR,
JOYCE VIGIL,
SEAN TAPIA, and
FRANCES TERRAZAS-ALEXANDER,

    Defendants.

---

ORDER FOR HEARING ON DEFENDANTS' MOTION FOR AMENDMENT OF COURT'S ORDER GRANTING DISMISSAL AND PROTECTIVE ORDERS OF PLAINTIFF JOANNA McKINNEY

---

On July 16, 2008, this Court entered an order granting the motion to dismiss filed by plaintiff Joanna McKinney on July 3, 2008, and the motions for protective orders submitted on her behalf. On July 16, 2008, the defendants filed a response to the motion to dismiss and motions for protective order and a motion for amendment of the Court's order granting those motions. That filing was made after this Court entered its order and the defendants have made assertions that may warrant reconsideration of the order of dismissal to impose conditions with respect to participation of Joanna McKinney in discovery. Accordingly, it is

ORDERED that a hearing on the defendants' motion will be convened at a time and date to be set.

DATED: September 24th, 2008

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge