IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01882-RPM

DESIREE EREMONDI,
PATTY JOHNSON,
JAMES KLODZINSKI,
PATRICIA MCCLELLAND,
LAURA TILLEY and
JANE WILEY,

    Plaintiffs,

v.

PUEBLO CITY-COUNTY LIBRARY DISTRICT,
JON WALKER,
NICHOLAS GRADISAR,
JOYCE VIGIL,
SEAN TAPIA, and
FRANCES TERRAZAS-ALEXANDER,

    Defendants.

---

ORDER GRANTING UNOPPOSED MOTION TO VACATE HEARING

---

After review of the defendants Pueblo City-County Library District, Jon Walker, Joyce Vigil, Sean Tapia and Frances Terrazas-Alexander's Unopposed Motion to Vacate Hearing, filed October 15, 2008 [82], it is

ORDERED that the motion [82] is granted and the hearing scheduled for October 16, 2008 at 3:00 p.m. is vacated.

DATED: October 16th, 2008

                        BY THE COURT:

                        s/ Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge