IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                February 10, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-01882-RPM

DESIREE EREMONDI,                                            Mathew S. Martin
PATTY JOHNSON,
JAMES KLODZINSKI,
PATRICIA MCCLELLAND,
JOANNE MCKINNEY,
LAURA TILLEY and
JANE WILEY,

    Plaintiffs,

v.

PUEBLO CITY-COUNTY LIBRARY DISTRICT,                         William A. Rogers, III
JON WALKER,
NICHOLAS GRADISAR,                                           Christopher B. Little
JOYCE VIGIL, SEAN TAPIA,
FRANCES TERRAZAS-ALEXANDER and
DAWN S. KRUGER d/b/a Peak Surveys,

    Defendants.

_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**2:12 p.m.       Court in session.**

Plaintiffs Jane Wiley, Patty Johnson, Patricia McClelland, Laura Tilley, Desiree Eremondi and defendant Nicholas Gradisar are present.

Court's preliminary remarks and states its understanding of the case.

2:21 p.m.       Statements by Mr. Rogers regarding the state court litigation.

2:23 p.m.       Argument by Mr. Rogers.

2:37 p.m.       Argument by Mr. Martin.

February 10, 2010
07-cv-01882-RPM

3:09 p.m.        Rebuttal argument by Mr. Rogers.

**ORDERED:**    **Pueblo City-County Library District's Motion for Summary Judgment, filed December 8, 2008 [87], is taken under advisment**.

**ORDERED:**    **Defendants Joyce Vigil, Sean Tapia And Frances Terrazas-Alexander's Motion for Summary  Judgment, filed December 8, 2008 [86], is taken under advisement.**

**ORDERED:**    **Defendant Nicholas Gradisar's Motion for Summary Judgment, filed December 8, 2008 [88], is taken under advisement.**

**ORDERED:**    **Defendant Jon Walker's Motion for Summary Judgment, filed December 8, 2008 [89], is taken under advisement.**

**3:18 p.m.**    **Court in recess.**

Hearing concluded.  Total time: 1 hr. 16  min.