**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-01882-RPM

DESIREE EREMONDI
PATTY JOHNSON
JAMES KLODZINSKI
PATRICIA McCLELLAND
LAURA TILLEY
JANE WILEY,

    Plaintiffs,
v.

PUEBLO CITY-COUNTY LIBRARY DISTRICT
JON WALKER
NICHOLAS GRADISAR
JOYCE VIGIL
SEAN TAPIA
FRANCES TERRAZAS-ALEXANDER
DAWN S. KRUGER d/b/a PEAK SURVEYS,

    Defendants.

## ORDER OF DISMISSAL AS TO NICHOLAS GRADISAR

Pursuant to the Joint Stipulation for Dismissal, it is

ORDERED that this action is dismissed with prejudice as to Nicholas Gradisar, each party to bear and pay their own attorneys' fees and costs of every kind and nature.

DATED: March 17th, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                Richard P. Matsch, Senior Judge